FILED

2005 OCT 17 A 9: 54

CLERK, US DIST. COURT
E. S. EDI DIST. OF CALIF
AT FRESNO
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In Re Matter of                )        NO. 1:sw0-5 SW 0 0 3 1 0    DLB
                               )
SEARCH WARRANTS AUTHORIZED ON) )        ORDER SEALING SEARCH WARRANTS,
OCTOBER 14, 2005, TO SEARCH    )        SEARCH WARRANT APPLICATIONS AND
                               )        AFFIDAVITS,  MEMORANDUM FOR
59701 MAMMOTH ROAD             )        SEALING ORDER, AND DECLARATION
NORTH FORK, CA                 )
                               )        **Under Seal**
56299 ROAD 200                 )
NORTH FORK, CA                 )
                               )
815 N. LAFAYETTE               )
FRESNO, CA                     )
                               )
                               )
_____)

The United States having applied to this Court for an order

permitting it to file under seal the search warrants, search

warrant applications and affidavits in the above-captioned

proceedings, together with the accompanying Declaration of Karen

A. Escobar, Assistant U.S. Attorney, and good cause appearing

////

////

////

////

1

1  thereof,

2     IT IS SO ORDERED, that the search warrants, search warrant
3  affidavits in the above-entitled proceedings, together with the
4  Application of the United States Attorney, Memorandum in Support
5  thereof,  and the accompanying Declaration of Karen A. Escobar,
6  Assistant U.S. Attorney, shall remain under seal and shall not be
7  disclosed pending further order of this court.

8  DATED:   October 14, 2005

   Honorable Dennis L. Beck
9                          U.S. Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2