McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272



FILED

NOV 1 7 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH      )      SW-F-05-308 DLB
OF THE PREMISES OF:              )      SW-F-05-309 DLB
                                 )      SW-F-05-310 DLB
59701 MAMMOTH ROAD               )
NORTH FORK, CA                   )      ORDER TO UNSEAL APPLICATION FOR
                                 )      SEARCH WARRANTS AND SEARCH
56299 ROAD 200                   )      WARRANTS
NORTH FORK, CA                   )
                                 )
815 N. LAFAYETTE                 )
FRESNO, CA                       )
                                 )
                                 )
_____    )

        Having considered the government's application to unseal the

application for search warrants and search warrants in the above-

captioned matters,

        IT IS HEREBY ORDERED that the applications for search

warrants and search warrants in the above-captioned matter shall

be UNSEALED.

Dated: November / 7, 2005

                                   _____
                                   DENNIS L. BECK
                                   U.S. Magistrate Judge

1